**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

| | | |
|---|---|---|
| LAURA EDSTROM-SMITH, individually, and on behalf of others similarly situated, | ) | |
| | ) | **CASE NO. 16-cv-80341-JIC** |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEAL** |
| KASS SHULER, P.A, a Florida professional service corporation, | ) | |
| Defendant. | ) | |

Notice is hereby given that Laura Edstrom-Smith, Plaintiff in the above-styled action, and pursuant to Fed. R. App. P. 4(a)(1)(A), hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order Granting Defendant's Motion to Dismiss (ECF No. 24) entered in this action on August 8, 2016, a copy of which is filed contemporaneously herewith as "Exhibit A."

Dated: September 7, 2016

Respectfully submitted,

*s/ Scott D. Owens*
Scott D. Owens, Esq.
SCOTT D. OWENS, P.A.
3800 S. Ocean Dr
Hallandale, FL 33009
Tel: 954-589-0588
Fax: 954-337-0666
scott@scottdowens.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 7, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

Clerk
US Court of Appeals
56 Forsyth Street, N.W.
Atlanta, GA 30303

Respectfully submitted,

*s/ Scott D. Owens*
Scott D. Owens, Esq.